**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 26-1024**

───────────────

JESSE D. PELLOW,

  Plaintiff - Appellant,

  v.

THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA,

  Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00833-DJN)

───────────────

Submitted:  April 23, 2026                    Decided:  April 28, 2026

───────────────

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Jesse D. Pellow, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jesse D. Pellow appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Pellow v. Unified Jud. Sys. of Pa.*, No. 3:25-cv-00833-DJN (E.D. Va. Dec. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*